```
                    IN THE UNITED STATES DISTRICT COURT

                         FOR THE DISTRICT OF OREGON
```

JOHN A. FLUGER,                                              CV. 08-436-HU

        Petitioner,                                      ORDER

  v.

MR. HALL,

        Respondent.

BROWN, Judge

    IT IS ORDERED that petitioner's motion to voluntarily dismiss (#15) is GRANTED, and this proceeding is DISMISSED, without prejudice to refiling upon petitioner's conclusion of state proceedings.

    IT IS SO ORDERED.

    DATED this __4th__ day of November, 2008.


                                      __/s/ Anna J. Brown__

                                        Anna J. Brown

                                      United States District Judge

1 -- ORDER

2 -- ORDER